UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CHAKKOW CHAN, an individual,<br><br>           Plaintiff,<br><br>      v.<br><br>UBS AG, a Swiss corporation; KELLY HO, an individual; and DOES 1-10,<br><br>           Defendants. | No.  2:18-cv-04211-JAK-FFM<br><br>**JUDGMENT**<br><br>**JS-6** |

# JUDGMENT

WHEREAS, on August 5, 2019, Defendant UBS AG OF ZURICH'S ("UBS AG") Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction was granted ("UBS Dismissal Order"); and

WHEREAS, on July 27, 2022, Defendant KELLY HO'S Motion to Dismiss for Lack of Personal Jurisdiction was granted ("HO Dismissal Order");

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that, because there is no personal jurisdiction over Defendants UBS AG and KELLY HO as set forth in the UBS Dismissal Order and the HO Dismissal Order, Judgment shall be entered for Defendants UBS AG and KELLY HO and against Plaintiff RONALD CHAKKOW CHAN; provided, however, this judgment is entered without prejudice to the Plaintiff commencing a new action in a different court where the Plaintiff contends there is personal jurisdiction. Upon entry, this Judgment shall be stayed for 21 days to permit Plaintiff to file an action in a different forum while this action remains pending.

**It Is So Ordered**.

Dated: August 25, 2022

_____
John A. Kronstadt
United States District Judge